**UNITED STATES DISTRICT COURT**
**Judge Jeremy Fogel, Presiding**
Courtroom No. 3 - 5th Floor

# Civil Minute Order

Court Proceedings: **Settlement Conference,  Thu, Aug 21, 2003  @  9:30 AM**

Case Number: **CV-02-847-JF/HRL**

Courtroom Deputy Clerk Diana Munz (408) 535-5166
Courtroom Reporter Peter Torreano (408) 999-0623

Page 1

**TITLE:** ST. VINCENT DE PAUL V. CITY OF LOS ALTOS

| PLAINTIFF(S) | DEFENDANT(S) |
|---|---|
| St. Vincent De Paul | City of Los Altos |
| **Attorneys Present:** Anna Erickson White, Jana Gold, Thomas Saenz | **Attorneys Present:** Marc Hynes |

**PROCEEDINGS:**

Settlement conference held.  Parties present.

Case settled subject to final approval by the City Counsel as stated.

Court approves settlement and retains jurisdiction.

**Note:** The United States District Court is now on the Worldwide Web. Current court calendars, procedural questions and directions to the court can be found on our web site: **www.cand.uscourts.gov**