1    ANNA ERICKSON WHITE (BAR NO. 161385)
     JANA G. GOLD (BAR NO. 154246)
2    JAMES OLIVA (BAR NO. 215440)
     MORRISON & FOERSTER LLP
3    755 Page Mill Road
     Palo Alto, California  94304-1018
4    Telephone: (650) 813-5600
     Facsimile: (650) 494-0792
5
     THOMAS A. SAENZ (BAR NO. 159430)
6    BELINDA ESCOBOSA HELZER (BAR NO. 214178)
     MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND
7    634 South Spring Street, 11th Floor
     Los Angeles, CA  90014
8    Telephone: (213) 629-2512

9    Attorneys for Plaintiffs
     SOCIETY OF ST. VINCENT DE PAUL OF
10   SANTA CLARA COUNTY and
     WORKERS' COMMISSION

11

12                 UNITED STATES DISTRICT COURT

13            NORTHERN DISTRICT OF CALIFORNIA

14                  SAN JOSE DIVISION

15

16   THE SOCIETY OF ST. VINCENT DE PAUL     Case No.  C-02 00847 JF PVT
     OF SANTA CLARA COUNTY; and
17   WORKERS' COMMISSION,                 **CONSENT DECREE**

18             Plaintiffs,

19     v.

20   THE CITY OF LOS ALTOS,

21             Defendant.

22

23

24

25

26

27

28

1                                  **INTRODUCTION**

2          1.    Plaintiff the Society of St. Vincent de Paul of Santa Clara County ("Society") is a

3    nonprofit public benefit corporation organized under the laws of the State of California with its

4    main office in San Jose, California.  The Society previously operated St. Joseph's the Worker

5    Center in Los Altos, California, which provided support services to day laborers, including

6    counseling, coordination with prospective employers, protection of the workers from

7    exploitation, and other social services.  The Society continues to provide services to prospective

8    day labor employers, including coordination of available workers, worker training, and facilities.

9          2.    Plaintiff the Workers' Commission ("Commission") is an unincorporated association

10   comprised of day laborers and others whose goals are to defend the rights of local day laborers

11   and to address the problems that they face.  The members of the Commission are current and

12   former day laborers who desire to make their availability for day work known within the City of

13   Los Altos.

14         3.    Defendant the City of Los Altos ("City" or "Los Altos") is a general law city

15   incorporated in the State of California.  Through its five-member City Council, it has enacted

16   and enforced ordinances affecting the speech and conduct of day laborers in Los Altos,

17   specifically Chapter 9.12 (Sections 9.12.010-9.12.050)  of the Los Altos Municipal Code, as

18   enacted in the fall of 1999 and as amended in May 2002, which regulates vehicle solicitation in

19   Los Altos ('the Solicitation Ordinance").

20         4.    In February 2002, Plaintiffs the Society and the Commission (collectively

21   "Plaintiffs") filed suit against the City under  42 U.S.C. § 1983 and 28 U.S.C. § 2201, alleging

22   that the Solicitation Ordinance, as enacted in July and August 1999, violated the First and

23   Fourteenth Amendments of the United States Constitution.  In April 2002, Plaintiffs moved the

24   Court for a preliminary injunction to enjoin the City from enforcing the Solicitation Ordinance.

25         5.    Before the motion could be heard, the City amended the Solicitation Ordinance in

26   May 2002.  Believing the amendment did not markedly change the ordinance and was still

27

28
                                                    1
**CONSENT DECREE**
**CASE NO. C-02 00847 JF PVT**
pa-816831

1   unconstitutional, Plaintiffs amended their complaint to challenge the constitutional validity of the

2   amended Solicitation Ordinance.  Plaintiffs then renewed their motion for preliminary injunction.

3        6.    In August 2002, the Court granted in part Plaintiffs' motion, temporarily enjoining

4   the City from enforcing part of the Solicitation Ordinance.  The Court held that the Solicitation

5   Ordinance, as written, is likely unconstitutional because it is not narrowly tailored, burdening

6   more speech than necessary to further the City's identified governmental interests in traffic

7   safety and traffic flow.

8        7.    The parties thereafter entered into settlement discussions.  This Consent Decree is a

9   result of those discussions.

10       8.    Prior to, and as a material condition of, entering into this Consent Decree, the City

11  has repealed the amended Solicitation Ordinance, and adopted a new ordinance, Chapter 9.12 of

12  the Los Altos Municipal Code, renamed "Roadway Solicitation" ("the Revised Ordinance") in

13  substantially the form attached to this Consent Decree as Exhibit A.

14       NOW, THEREFORE, THE PARTIES TO THIS CONSENT DECREE AGREE AND

15  THE COURT HEREBY FINDS, ORDERS, ADJUDGES, AND DECREES AS FOLLOWS:

16  **JURISDICTION AND VENUE**

17       9.    The Court has jurisdiction over the parties hereto and the claims asserted in

18  Plaintiffs' complaint.  Venue is proper in this judicial district.

19       10.    The Court shall retain jurisdiction over the parties and the subject matter of this

20  litigation in order to implement the terms and provisions of this Consent Decree, for a period not

21  to exceed ten years.

22  **PARTIES BOUND**

23       11.    The obligations of this Consent Decree apply to and are binding upon Plaintiffs and

24  the City, including but not limited to, their constituent entities, current or future officers or

25  council members, agents, employees, and representatives.

26       12.    Each of the undersigned representatives of Plaintiffs and the City certify that he or

27  she is fully authorized by the party to enter into this Consent Decree, including all of its terms

28

2

CONSENT DECREE
CASE NO. C-02 00847 JF PVT
pa-816831

1   and conditions; to legally execute and bind the party to this Consent Decree; and to execute this

2   Consent Decree on behalf of the party.

3                          **EFFECTIVE DATE OF CONSENT DECREE**

4       13.    This Consent Decree shall be deemed effective as of the date on which it is entered

5   by the Court.

6                                      **ORDINANCE**

7       14.    The Solicitation Ordinance, as amended in May 2002, violates the First and

8   Fourteenth Amendments of the United States Constitution because it is not narrowly tailored,

9   burdening more speech than necessary to further the City's identified governmental interests in

10  traffic safety and traffic flow.  The City is in perpetuity enjoined from enforcing the Solicitation

11  Ordinance should it ever be readopted.

12      15.    The Court finds that the Revised Ordinance, as set forth in Exhibit A, will protect

13  the City's identified governmental interests and, at the same time, preserve the constitutional

14  rights of Plaintiffs and day workers as those rights have been interpreted to date.

15                                **EDUCATION/OUTREACH**

16      16.    Upon adopting the amended ordinance in Exhibit A, the City shall inform and

17  educate day laborers, day labor employers, and the general public about the amended ordinance

18  by the following means:

19          (a)    Removing all existing "No Solicitation Zone" signs within ten business days of

20  the entry of this Consent Decree;

21          (b)    Advertising, in English and Spanish, the Revised Ordinance along with

22  explanatory text in the *Los Altos Town Crier*, the *Mountain View Voice,* and the *Palo Alto*

23  *Weekly*, weekly newspapers, for the first 3 weeks after the entry of this Consent Decree, and then

24  at least every three months for the year thereafter.  The explanatory text will be prepared by

25  Plaintiffs, but must be approved by the City prior to the publication, such approval not to be

26  unreasonably withheld.

27

28
                                                    3
**CONSENT DECREE**
**CASE NO. C-02 00847 JF PVT**
pa-816831

1    (c) Publishing, in English and Spanish, notice of the Revised Ordinance on the

2 City's official website for the first 52 weeks after entry of this Consent Decree.  The content of

3 the notice shall be mutually agreed upon by the parties.  The notice must be provided on the

4 "opening" webpage, http://www.ci.los-altos.ca.us, with a link to the text of the Revised

5 Ordinance.

6    (d) Publishing a one-page document, in English and Spanish, to be affixed with

7 the City seal, that provides the text of the Revised Ordinance and a brief explanation of what is

8 lawful and unlawful under the Revised Ordinance, to be included with the next edition of the Los

9 Altos Communique, a newsletter published by the City approximately every four months and

10 sent to approximately 20,000 addresses ("Communique Flyer").  The content of the

11 Communique Flyer shall be prepared by the Plaintiffs, but will not be published until approved

12 by the City, such approval not to be unreasonably withheld.  The City shall assume the initial

13 cost of reproducing the Communique Flyer and shall make no fewer than 30,000 copies, with the

14 excess copies to be distributed in cooperation with the Plaintiffs.  Plaintiffs shall have the right to

15 copy and distribute the Communique Flyer at any time.  The two editions of the Los Altos

16 Communique following the edition including the Communique Flyer shall include a brief item,

17 to be prepared by the Plaintiffs and approved by the City (such approval not to be unreasonably

18 withheld) reminding recipients of the existence and location of the Day Worker Center operated

19 by Plaintiffs.

20    (e) Co-sponsoring a public meeting with Plaintiffs, to be held at the Los Altos

21 Youth Center within six weeks after entry of this Consent Decree, to inform day laborers, day

22 labor employers, and the general public about the amended ordinance and to explain what is

23 lawful and unlawful under the Revised Ordinance.  The parties will work together in good faith

24 to prepare an agenda for the meeting.  The City shall take reasonable steps to publicize the

25 meeting.  Both Plaintiffs and the City shall designate representatives to attend the meeting.

26 Plaintiffs shall provide translation services for the meeting.

27

28

4

1   (f)   For purposes of (b) through (e) above, any disputes that cannot be promptly

2   resolved regarding the content of any advertisement, publication, or other joint statement under

3   this section, may be referred to the Court for resolution.

4   **POLICE TRAINING**

5   17.   The City shall use its best efforts to ensure that the Los Altos Police Department is

6   informed and educated about the Revised Ordinance and properly trained on enforcement of the

7   Revised Ordinance, including but not limited to what is lawful and unlawful under the Revised

8   Ordinance.  The flyer prepared in accordance with section 16(d) above shall be the basis for such

9   training, and shall be part of any special orders or directives promulgated by the Chief of Police

10   to staff in connection with the Revised Ordinance.  For a period of three years after entry of this

11   Consent Decree, the City Manager or his or her designee, upon request, shall meet with

12   representatives of Plaintiffs on a quarterly basis to discuss concerns related to the

13   implementation and enforcement of the Revised Ordinance and Day Worker concerns generally.

14   **REPORTING**

15   18.   In accordance with the Revised Ordinance set forth in Exhibit A, the Chief of

16   Police of the Los Altos Police Department shall submit to the City Council, on an annual basis, a

17   written statement reporting the number of citations issued under the amended ordinance.  This

18   written statement shall be provided to plaintiff's representatives prior to the next quarterly

19   meeting held pursuant to paragraph 17, so that it may be considered at that meeting.

20   **DAY WORKER CENTER**

21   19.   The City shall, in good faith, cooperate with Plaintiffs in any efforts to locate and

22   support a suitable site in or near the City of Los Altos for a permanent day worker center or other

23   facility to provide shelter and services for day workers and employers, including, upon request,

24   communicating with other government and funding agencies for assistance.

25

26

27

28

5

CONSENT DECREE
CASE NO. C-02 00847 JF PVT
pa-816831

1                                   **DAMAGES AND ATTORNEYS' FEES**

2           20.     The City shall pay damages and attorneys' fees in the amount of ninety thousand

3 dollars ($90,000), the amount to be wire transferred to Morrison & Foerster, counsel for

4 plaintiffs, within ten days of the entry of this Consent Decree.

5                                  **NOTICES OR COMMUNICATION**

6           21.     Any notice or communication between Plaintiffs and the City arising out of or

7 relating to matters addressed in this Consent Decree shall be given or communicated to all

8 parties to this Consent Decree by addressing the notice or communication as follows:

9

10 For Plaintiffs:                             For the City:
     Anna Erickson White, Esq.            City Manager

11 Jana G. Gold, Esq.                      Los Altos City Hall
     Morrison & Foerster LLP             One North San Antonio Road

12 755 Page Mill Road                    Los Altos, CA  94022
     Palo Alto, California  94304-1018

13 Telephone: (650) 813-5600
     Facsimile: (650) 494-0792

14 Thomas A. Saenz, Esq.
     Belinda Escobosa Helzer, Esq.

15 Mexican American Legal Defense & Educational
     Fund

16 634 South Spring Street, 11th Floor
     Los Angeles, CA  90014

17 Telephone: (213) 629-2512

18

19

20                                         **JUDGMENT**

21          Upon approval and entry of this Consent Decree by the Court, this Consent Decree shall

22 constitute a final judgment between Plaintiffs and the City.

23

24

25

26

27

28

                                              6

1    THE UNDERSIGNED PARTIES ENTER INTO THIS CONSENT DECREE AND

2  SUBMIT IT TO THE COURT FOR ITS APPROVAL:

3    Dated:  September 5, 2003

4                                            ANNA ERICKSON WHITE
                                             JANA G. GOLD
5                                            JAMES OLIVA
                                             MORRISON & FOERSTER LLP
6
                                             THOMAS A. SAENZ
7                                            BELINDA ESCOBOSA HELZER
                                             MEXICAN AMERICAN DEFENSE AND
8                                            EDUCATIONAL FUND

9

10                                           By:____s/ Anna Erickson White_____
                                             Anna Erickson White
11                                           Attorneys for Plaintiffs
                                             SOCIETY OF ST. VINCENT DE PAUL OF
12                                           SANTA CLARA COUNTY
                                             and WORKERS' COMMISSION
13

14    Dated:  September 5, 2003

15                                           MARC HYNES
                                             CITY OF LOS ALTOS
16

17
                                             By: s/  Marc Hynes_____
18                                           Marc Hynes
                                             Attorney for Defendant
19                                           CITY OF LOS ALTOS

20    I, Anna Erickson White, am the ECF User whose ID and password are being used to file this

21  Consent Decreet.  In compliance with General Order 45, X.B., I hereby attest that Marc Hynes has

22  concurred in this filing.

23    Dated:  September 8, 2003          MORRISON & FOERSTER LLP

24

25                                           By:  s/  Anna Erickson White_____
                                             Anna Erickson White
26                                           Attorneys for Plaintiffs
                                             SOCIETY OF ST. VINCENT DE PAUL
27                                           OF SANTA CLARA COUNTY
                                             and WORKERS' COMMISSION
28
                                             7