| | |
|---|---|
| 1 | ANNA ERICKSON WHITE (BAR NO. 161385) |
|   | JANA G. GOLD (BAR NO. 154246) |
| 2 | JAMES OLIVA (BAR NO. 215440) |
|   | MORRISON & FOERSTER LLP |
| 3 | 755 Page Mill Road |
|   | Palo Alto, California 94304-1018 |
| 4 | Telephone: (650) 813-5600 |
|   | Facsimile: (650) 494-0792 |
| 5 | |
|   | THOMAS A. SAENZ (BAR NO. 159430) |
| 6 | BELINDA ESCOBOSA HELZER (BAR NO. 214178) |
|   | MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND |
| 7 | 634 South Spring Street, 11th Floor |
|   | Los Angeles, CA 90014 |
| 8 | Telephone: (213) 629-2512 |
| 9 | Attorneys for Plaintiffs |
|   | SOCIETY OF ST. VINCENT DE PAUL OF |
| 10 | SANTA CLARA COUNTY and |
|   | WORKERS' COMMISSION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE SOCIETY OF ST. VINCENT DE PAUL OF SANTA CLARA COUNTY; and WORKERS' COMMISSION, | Case No. C-02 00847 JF PVT |
| Plaintiffs, | **[PROPOSED] FINAL ORDER AND JUDGMENT** |
| v. | |
| THE CITY OF LOS ALTOS, | |
| Defendant. | |

| | |
|---|---|
| 1 | **FINAL ORDER AND JUDGMENT** |
| 2 | The Court hereby approves and the Clerk is hereby directed to enter judgment consistent |
| 3 | with the Consent Decree executed by the parties on September 5, 2003. |
| 4 | IT IS SO ORDERED, ADJUDGED, AND DECREED. |
| 5 | This _____ day of _____, 2003. |
| 6 | |
| 7 | |
| 8 | _____ |
| | UNITED STATES DISTRICT JUDGE |

1