1  ANNA ERICKSON WHITE (BAR NO. 161385)
   JANA G. GOLD (BAR NO. 154246)
2  JAMES OLIVA (BAR NO. 215440)
   MORRISON & FOERSTER LLP
3  755 Page Mill Road
   Palo Alto, California 94304-1018
4  Telephone: (650) 813-5600
   Facsimile: (650) 494-0792
5
   THOMAS A. SAENZ (BAR NO. 159430)
6  BELINDA ESCOBOSA HELZER (BAR NO. 214178)
   MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND
7  634 South Spring Street, 11th Floor
   Los Angeles, CA 90014
8  Telephone: (213) 629-2512

9  Attorneys for Plaintiffs
   SOCIETY OF ST. VINCENT DE PAUL OF
10 SANTA CLARA COUNTY and
   WORKERS' COMMISSION

11

12                              UNITED STATES DISTRICT COURT

13                             NORTHERN DISTRICT OF CALIFORNIA

14                                    SAN JOSE DIVISION

15

16 | THE SOCIETY OF ST. VINCENT DE PAUL      Case No. C-02 00847 JF PVT
     OF SANTA CLARA COUNTY; and
17 | WORKERS' COMMISSION,                    **FINAL ORDER AND JUDGMENT**

18 |                    Plaintiffs,

19 |    v.

20 | THE CITY OF LOS ALTOS,

21 |                    Defendant.

22

23

24

25

26

27

28

[PROPOSED] FINAL ORDER AND JUDGMENT
CASE NO. C-02 00847 JF PVT
pa-820289

1   **FINAL ORDER AND JUDGMENT**

2   The Court hereby approves and the Clerk is hereby directed to enter judgment consistent
3   with the Consent Decree executed by the parties on September 5, 2003.
4   IT IS SO ORDERED, ADJUDGED, AND DECREED.
5   This  9th   day of September, 2003.

6
7                                         JEREMY FOGEL /s/electronic signature authorized
                                          _____
8                                         UNITED STATES DISTRICT JUDGE

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1